IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANEE TUPITZA *on behalf of herself and all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>TEXAS ROADHOUSE MANAGEMENT CORPORATION,<br><br>    *Defendant*. | Civil Action No. 1:20-cv-2<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Fairness Hearing
DATE HEARING HELD:  September 14, 2021
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiff: | Appearing for Defendant: |
|---|---|
| Justin M. Swartz, Esquire | Kevin D. Johnson, Esquire |
| Michael A. Rojas, Esquire | David B. Jordan, Esquire |
| Michael J. Palitz, Esquire | |

Hearing began at 2:00 p.m.                                  Hearing concluded at 2:25 p.m.

Stenographer: Barbara Loch

OUTCOME:

Plaintiffs' Motion to Approve Collection Action Settlement, Service Payment, and Attorneys' Fees and Costs, ECF No. 148, presented.

As to the Notice, Plaintiff is to include the full amount of the settlement as well as attorneys' fees.  Parties are to meet and confer on an agreeable notice by 09/21/21.

The Court finds the settlement to be reasonable and will file the appropriate order under seal.